# United States Court of Appeals
## For the First Circuit

---

No. 23-1056

CURTIS HOWELL,

Plaintiff - Appellant,

v.

MIDDLESEX COMMUNITY COLLEGE,

Defendant - Appellee,

BANK OF AMERICA; VERIZON WIRELESS; MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION,

Defendants.

---

Before

Kayatta, Howard and Gelpí,
<u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: June 6, 2023

    Pro se plaintiff-appellant Curtis Howell appeals from the district court's dismissal of his second amended complaint at the screening stage after Howell had been afforded an opportunity to amend. We assume that de novo review applies. <u>See</u> <u>Cardigan Mountain Sch.</u> v. <u>New Hampshire Ins. Co.</u>, 787 F.3d 82, 84 (1st Cir. 2015) (reviewing dismissal for failure to state a claim de novo).

    Following a careful review of relevant portions of the record and the arguments sufficiently developed by Howell with his brief, we conclude that the appeal presents no "substantial question" and that summary affirmance is in order. 1st Cir. R. 27.0(c); <u>see</u> <u>Sparkle Hill, Inc.</u> v. <u>Interstate Mat Corp.</u>, 788 F.3d 25, 30 (1st Cir. 2015) (this court "do[es] not consider arguments for reversing a decision of a district court when the argument is not raised in a party's opening brief," particularly where "the opening brief presents no argument at all challenging [the] express grounds upon which the district court prominently relied in entering judgment"); <u>United States</u> v. <u>Zannino</u>, 895 F.2d 1, 17 (1st Cir. 1990) ("[I]ssues adverted to in a perfunctory manner, unaccompanied by some effort

at developed argumentation, are deemed waived."). We arrive at these conclusions substantially for the reasons set out by the district court when it dismissed the second amended complaint.

    Affirmed. See 1st Cir. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Curtis L. Howell