# United States Court of Appeals
## For the First Circuit

No. 23-1056

CURTIS HOWELL,

Plaintiff - Appellant,

v.

MIDDLESEX COMMUNITY COLLEGE,

Defendant - Appellee,

BANK OF AMERICA; VERIZON WIRELESS; MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION,

Defendants.

**MANDATE**

Entered: June 28, 2023

    In accordance with the judgment of June 6, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Curtis L. Howell