# United States Court of Appeals
## For the First Circuit

No. 23-1056

CURTIS HOWELL,

Plaintiff - Appellant,

v.

MIDDLESEX COMMUNITY COLLEGE,

Defendant - Appellee,

BANK OF AMERICA; VERIZON WIRELESS; MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION,

Defendants.

**NOTICE**

Issued: March 31, 2023

      This is to advise you, pursuant to Fed. R. App. P. 34(b), that this case will be submitted on the briefs without oral argument.

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Daniel Toomey, Calendar Clerk (617)748-9982

cc:
Curtis L. Howell